UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:08-MJ-45M |
| | : | |
| JUAN ANTONIO LOPEZ | : | |

**ORDER**
**CONTINUING PRELIMINARY**
**EXAMINATION AND DETENTION HEARING**

This matter came before the Court on March 27, 2008, for a scheduled preliminary examination and (if probable cause was found) detention hearing. Prior to the commencement of the preliminary examination, counsel for the Government advised the Court that Defendant's counsel, Attorney Benjamin A. Mesiti, may have a conflict of interest because he has represented two persons, Ricardo Quezada and Hector Figueroa, who are potentially co-conspirators with Defendant in the instant case. After listening to argument from counsel for the Government and Attorney Mesiti regarding this issue, the Court directed:

1) that the Government file a written motion by 12:30 p.m., on March 31, 2008, setting forth what action it seeks relative to Attorney Mesiti's representation of Defendant Juan Antonio Lopez ("Defendant");

2) that Attorney Mesiti file a response to the Government's motion by 1:30 p.m., on April 2, 2008;

3) that the preliminary examination and detention hearing are continued to 2:00 p.m. on April 2, 2008;

4) that if Attorney Mesiti determines prior to April 2, 2008, that he is not going to represent Defendant in this matter that he so advise the Court in order that new counsel may be obtained without unnecessary delay.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
March 28, 2008