# United States District Court

DISTRICT OF Rhode Island

USA v. Juan Antonio Lopez

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 1:08-MJ-45 M

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Govt Sandra Beckner | Benjamin Mesiti |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-2-08 | N/A | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Robert Enwright |
| 1 | | 4-2-08 | ✓ | ✓ | Copy of criminal complaint |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.